# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

James Pantera, an individual

               V.

UTLS Default Services, LLC, a Delaware Limited
Liability Company; Metlife Home Loans
a Division of Metlife Bank, N.A.; Larry Cole, an
individual; (see attached list)

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    11CV0989-CAB-WVG

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The pending motions to dismiss [Doc. No. 38, 41, 60, 61, 62] are granted, and the motion to strike [Doc. No. 39] is denied without prejudice as moot. The two federal claims, Claim 2 under the Fair Debt Collection Practices Act ("FDCPA") and Claims 5-7 under the Racketeer Influenced and Corrupt Organizations Act, are dismissed with prejudice for failure to cure the defects identified in the Court's prior order of dismissal [Doc. No. 34]. The FDCPA claim is also dismissed on the additional ground that Plaintiff failed to oppose the portion of Defendant UTLS Default Services, LLC's motion seeking dismissal of that claim. Further, the Court declines to exercise supplemental jurisdiction on the remaining state law claims in the Complaint. Accordingly, the remaining state law claims are dismissed without prejudice to filing in state court. Moreover, it appearing Plaintiff failed to serve the Complaint on Defendants Bank of New York, JPMorgan Chase Bank, N.A., Chase Home Finance LLC, New Century Title Co., Larry Cole, Alfreda Johnson, Angela Herrera, Curt G. Johnson, Timothy Vann Kemp, Joanne McBride, Aaron M. Kavanaugh, Laura J. Kavanaugh, Stacey Kershberg, Susan R. Hardison, Fernando Mayorga, Jennifer Perry, Rhodney Madrid, and Rosa Salgado, this action is dismissed against those defendants on that additional ground as well. The Court hereby orders that this case be closed.

| October 5, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                       s./Y.Barajas
                                       (By) Deputy Clerk

ENTERED ON October 5, 2012

ATTACHMENT 1
- JUDGMENT IN A CIVIL CASE-
11CV0989-CAB-WVG
(PARTY NAMES)


James Pantera, an individual

                                                                                                                                          Plaintiff

v
.
UTLS Default Services, LLC, a Delaware Limited Liability Company; Metlife Home Loans a Division of Metlife Bank, N.A.; Larry Cole, an individual; Metlife Bank, N.A., a National Banking Association organized and existing under the laws of the United States; Mortgage Electronic Registration Systems, Inc., a Delaware Corporation; Michael Litel, an individual; Jennifer Carpio, an individual; Alfreda Johnson, an individual; Landsafe Title of California, Inc a California Corporation; First American Title Insurance Company, a California Corporation; Angela Herrera, an individual; Curt G Johnson, an individual; Timothy Vann Kemp, an individual; Recontrust Company, N.A., a National Banking Association organized and existing under the laws of the United States; Bank of New York a Delaware corporation, individually and as Trustee for the Certificateholders of Bear Stearns Alt-A Trust 2004-11, Mortgage pass-through certificates, series 2004-11; JPMorgan Chase Bank, N.A., a National Banking Association organized and existing under the laws of the United States, individually and as Trustee for the Certificateholders of Bear Stearns Alt-A Trust 2004-11, Mortgage pass-through certificates, series 2004-11; Countrywide Home Loans, business entity form unknown; Chase Home Finance LLC, a Delaware Limited Liability Company; New Century Title Company, a dissolved California Corporation; Douglas E Miles, an individual; Joanne McBride, an individual; Aaron M Kavanaugh, an individual; Laura J Kavanaugh, an individual; Stacey Kershberg, an individual; Tamra Beaman, an individual; Abraham Bartamian, an individual; Susan R Hardison, an individual; Fernando Mayorga, an individual; Jennifer Perry, an individual; Rhodney Madrid, an individual; Rosa Salgado, an individual; Dana A Rosas, an individual; DOES 1-20, inclusive

                                                                                                                                          Defendant